**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Knight Transportation, Inc., et al., | ) | No. CV 10-1835-PHX-SMM |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Baldwin & Lyons, Inc., et al., | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Knight Transportation, Inc., Knight Refrigerated, LLC, Knight Intermodal, LLC, Squire Transportation Inc., Knight Brokerage, LLC, Quad K. Leasing, Inc. and  Knight Truck & Trailer Sales, LLC ("Plaintiffs") and Baldwin & Lyons, Inc. and Protective Insurance Company's ("Defendants") Stipulation for Dismissal With Prejudice. (Doc. 221.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with Plaintiffs and Defendants to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED DENYING** as moot Defendants' motion for Reconsideration. (Doc. 197.)

**IT IS FURTHER ORDERED DENYING** as moot Plaintiffs and Defendants' motions for Partial Summary Judgment. (Docs. 208, 206.)

**IT IS FURTHER ORDERED DENYING** as moot Defendants' motion for Leave

to File Excess Pages for Motion For Leave to File Motion to Exclude Testimony of Wayne

Austin in Excess of Seventeen Pages. (Doc. 213.)

**IT IS FURTHER ORDERED DENYING** as moot Defendants' motion to Exclude

Testimony of David Perry. (Doc. 214.)

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, June**

**16, 2014 at 2:00 p.m.**

DATED this 22nd day of May, 2014.


Stephen M. McNamee
Senior United States District Judge

- 2 -